# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FULLSEND, INC., | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | 2:22-cv-02515- ENV-JMW |
| v. | ) | |
| | ) | |
| CANNAFELLAS, INC., | ) | |
|     Defendant. | ) | |

TO:    BRENNA B. MAHONEY, CLERK OF COURT
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

## REQUEST FOR CLERK'S ISSUANCE
## OF A CERTIFICATE OF DEFAULT

Plaintiff Fullsend, Inc. respectfully requests that the Clerk issue a Certificate of Default, pursuant to Federal Rule of Civil Procedure 55(a), against Defendant Cannafellas, Inc. ("Defendant") in this lawsuit for failure to appear or otherwise respond to the Complaint within the timeframe prescribed by Rule 12(a) of the Federal Rules of Civil Procedure.

On May 3, 2022, the Complaint, Summonses, and all other initiating documents in this lawsuit were filed in the Court's CM/ECF system. Defendant was then served upon its designated agent for service of process, the New York State Secretary of State on May 9, 2022. Affidavits of service, certifying that the forgoing service was completed, were filed with the Court on May 10, 2022. See Affidavit of Andrew D. Bochner, filed concurrently.

More than 21 days have elapsed since service was performed. Defendant has not been granted any extension of time to respond to the Complaint. Defendant has failed to file and Answer or to otherwise respond to the Complaint, or serve any Answer or other response on Plaintiff's attorney of record, within the deadline provided by the Federal Rules of Civil Procedure. Accordingly, issuance of a Certificate of Default is requested.

A proposed Certificate of Default is attached for the Clerk of the Court's convenience.

Dated: August 4, 2022
New York, New York

Respectfully submitted,

By: /s/ Andrew D. Bochner
Andrew D. Bochner, Esq.
Bochner IP, PLLC
295 Madison Avenue, 12th Floor
New York, New York 10017
(646) 971-0685
andrew@bochnerip.com

*Attorneys for Plaintiff*