UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FULLSEND, INC.,

        Plaintiff,　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　22-CV-2515 (ENV) (ARL)

    v.

CANNAFELLAS, INC.,

        Defendant.
------------------------------------------------------------ X

    An Order of the Honorable Eric N. Vitaliano, United States District Judge, having been filed on December 13, 2023, adopting the Report and Recommendation of Magistrate Arlene R. Lindsay, dated January 31, 2023, denying plaintiff's motion for default judgment and dismissing the claims for trademark infringement and false designation of origin under the Lanham Act, common law unfair competition, and passing off without prejudice; and dismissing the claim for false advertising with prejudice; it is

    ORDERED and ADJUDGED that plaintiff's motion for default judgment is denied and the (a) claims for trademark infringement and false designation of origin under the Lanham Act, common law unfair competition, and passing off are dismissed without prejudice; and (b) claim for false advertising is dismissed with prejudice.

Dated: Brooklyn, NY　　　　　　　　　　　　　　　　　　Brenna B. Mahoney
　　　　December 14, 2023　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: */s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk